■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT RIVERA-LOPEZ, Appellant. [721 NYS2d 769] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered September 10, 1996, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

Defendant's challenge to the court's jury instructions concerning the caution it must exercise in its evaluation of an unavailable eyewitness's exculpatory hearsay statement (*see, People v Robinson*, 89 NY2d 648) is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would find that to the extent that the court's generally appropriate instructions may have contained language that conveyed a skeptical view of the force of this evidence, any such error was harmless in light of the overwhelming evidence of defendant's guilt, which included a detailed confession and audiotapes wherein defendant clearly admitted he was the victim's murderer. Concur—Nardelli, J. P., Ellerin, Wallach, Buckley and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BASILIO ZAPATA, Appellant. [721 NYS2d 769] —Judgment, Supreme Court, Bronx County (Joseph Perone, J., at plea; Michael Grossman, J., at sentence), rendered June 4, 1998, convicting defendant of criminal sale of a controlled substance in the third degree and sentencing him to a term of 6 to 12 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to 4½ to 9 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Nardelli, J. P., Ellerin, Wallach, Buckley and Friedman, JJ.